UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HARVEY JERALD JOHNSON, JR., | Case No. 16-CV-2256 (PJS/BRT) |
| Plaintiff, | |
| v. | ORDER |
| BARACK OBAMA, MICHELLE OBAMA, and ALL EMPLOYEES, | |
| Defendants. | |

---

This matter is before the Court on plaintiff Harvey Johnson's objection to the July 29, 2016 Report and Recommendation ("R&R") of Magistrate Judge Becky R. Thorson. Judge Thorson recommends summarily dismissing this action as frivolous under 28 U.S.C. § 1915(e)(2)(B). Because Johnson has filed multiple frivolous lawsuits in recent months, Judge Thorson further recommends restricting Johnson's ability to file new cases in this District.

The Court has conducted a de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Johnson's objection and adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 5] and ADOPTS the R&R [ECF No. 4].  IT IS HEREBY ORDERED THAT:

1. This action is SUMMARILY DISMISSED WITH PREJUDICE AND ON THE MERITS pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is DENIED.

3. Plaintiff Harvey Johnson, Jr. is ENJOINED from filing any new cases in the United States District Court for the District of Minnesota unless:

    a. Johnson is represented by an attorney licensed to practice before this Court; or

    b. Johnson obtains prior written approval from a judicial officer of this District.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 11, 2016               s/Patrick J. Schiltz
                                     Patrick J. Schiltz
                                     United States District Judge